Entered: February 5th, 2021
Signed: February 5th, 2021

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE:

Stephen J. Ray,
AKA Stephen Ray
AKA Stephen Joseph Ray
    DEBTOR(S)

Case No.: 15-21750
Chapter 13

Servis One, Inc. dba BSI Financial Services, Inc.

    MOVANT
      vs.

Stephen J. Ray,
AKA Stephen Ray
AKA Stephen Joseph Ray

    RESPONDENT(S)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 510 PEARL ST., FREDERICK, MD 21701

Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, no opposition having been filed, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

1

ORDERED

    That the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable Servis One, Inc. dba BSI Financial Services, Inc., or its successors and assigns, to proceed with foreclosure against the real property and improvements known as 510 Pearl St., Frederick, MD 21701 and allow the successful purchaser thereof to obtain possession of same.

cc:   Cohn, Goldberg & Deutsch, LLC
      600 Baltimore Avenue, Suite 208
      Towson, MD  21204

      Stephen J. Ray
      AKA Stephen Ray
      AKA Stephen Joseph Ray
      510 Pearl St.
      Frederick, MD 21701

| and respondent(s)' counsel: | Rebecca A. Herr, Trustee |
|---|---|
| Edward M. Miller, Esquire | 185 Admiral Cochrane Dr., Suite 240 |
| 39 N. Court St. | Annapolis, MD 21401 |
| Westminster, MD 21157 | |

**End of Order**